No. 88–7024.   ALSTON *v.* DELAWARE.   Sup. Ct. Del.   Certiorari denied.

No. 88–7041.   WHIGHAM *v.* McNAMARA ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 88–7046.   DEANES *v.* NORTH CAROLINA.   Sup. Ct. N. C.   Certiorari denied.

No. 88–7049.   DANNENBERG *v.* CALIFORNIA.   Ct. App. Cal., 6th App. Dist.   Certiorari denied.

No. 88–7075.   LOUIS *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 88–7099.   SURBER *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 88–7113.   TOWNE *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 88–7147.   TRIPATI *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 88–7151.   BEDOYA *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 88–7154.   MEDRANO *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 88–7159.   MOTES *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 88–7162.   BAPTISTE *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 88–7163.   BROWN *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 88–7181.   SOLLES *v.* ISRAEL, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 88–7184.   CASTILLO ET AL. *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 88–7185.   HOMAYOUNI *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.